LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne (Ca Bar No. 073901)
rpayne@lgpatlaw.com
Scott J. Allen  (Ca Bar No. 178925)
sallen@lgpatlaw.com
Christopher J. Passarelli (Ca Bar No. 241174)
cpassarelli@lgpatlaw.com
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
Monster Cable Products, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED REPACKAGING CORPORATION, a California corporation; U.S. MERCHANTS, a business entity of unknown form,<br><br>Defendants. | Case No. 3:10-cv-05673-RS<br><br>**STIPULATED MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>AS MODIFIED BY THE COURT |

Pursuant to the parties' agreement, Plaintiff, MONSTER CABLE PRODUCTS, INC. (hereinafter "Plaintiff") and Defendants DIVERSIFIED REPACKAGING CORPORATION, and U.S. MERCHANTS (hereinafter "Defendants") hereby file this Stipulated Motion to Continue the Initial Case Management Conference.

1  The Initial Case Management Conference was originally set forth in the Order Setting
2  Initial Case Management Conference and ADR Deadlines issued by the Court December 14,
3  2010. The case Management Conference was scheduled for March 22, 2011.
4  
5  The case was reassigned to the Honorable Richard Seeborg who issued an Order on
6  March 14, 2011, rescheduling the Initial Case Management Conference to April 7, 2011 at 10:00
7  a.m.
8  Counsel for the Plaintiff will be unavailable on April 7, 2011 (and April 14, 2011), due to
9  a prior commitment.
10 Therefore, the parties request that the Initial Case Management Conference be
11 rescheduled to __May 12_____, 2011 at 10:00 a.m.  The parties' Joint Statement shall be
12                                                                 due one week prior to conference.
13 Respectfully submitted,
14     Dated: March 16, 2011                LARIVIERE, GRUBMAN & PAYNE, LLP
15
                                            By:  /s/Robert W. Payne_____
16                                                Robert W. Payne
                                                  Christopher J. Passarelli
17                                                Attorneys for Plaintiff
18     Dated: March 16, 2011                GREENBERG GLUSKER FIELDS
                                            CLAMAN & MACHTINGER LLP
19
20                                          By: /s/ Aaron J. Moss (as authorized on 3/16/11)
                                                 Aaron J. Moss
21                                               Attorneys for Defendants
22
23         PURSUANT TO STIPULATION, IT IS SO ORDERED.
24
    Dated:  March  16 , 2011                _____
25                                          Hon. Richard Seeborg
26                                          United States District Judge
27
28  Case No. 3:10-cv-05673-RS
    STIPULATED MOTION TO CONTINUE THE
    INITIAL CASE MANAGEMENT CONFERENCE

2