*E-Filed 5/9/11*

1  LARIVIERE, GRUBMAN & PAYNE, LLP
   Robert W. Payne (Ca Bar No. 073901)
2  rpayne@lgpatlaw.com
   Scott J. Allen  (Ca Bar No. 178925)
3  sallen@lgpatlaw.com
   19 Upper Ragsdale Drive, Suite 200
4  P.O. Box 3140
   Monterey, CA 93942-3140
5  Telephone: (831) 649-8800
   Facsimile: (831) 649-8835
6
   Attorneys for Plaintiff
7  Monster Cable Products, Inc.

8
   NORMAN H. LEVINE (SBN 061884)
9  NLevine@GreenbergGlusker.com
   AARON J. MOSS (SBN 190625)
10 Amoss@GreenbergGlusker.com
   GREENBERG GLUSKER FIELDS
11 CLAMAN & MACHTINGER LLP
   1900 Avenue of the Stars, 21st Floor
12 Los Angeles, California  90067-4590
   Telephone:  310.553.3610
13 Fax:  310.553.0687

14 Attorneys for Defendants Diversified
   Repackaging Corporation, and U.S.
15 Merchants Financial Group dba U.S.
   Merchants

16

17                UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20 MONSTER CABLE PRODUCTS,             Case No.  3:10-cv-05673-RS
   INC., a California corporation,
21
                Plaintiff,
22                                      ORDER SETTING SCHEDULING
   v.                                   DEADLINES
23
   DIVERSIFIED REPACKAGING
24 CORPORATION, a California
   corporation; U.S. MERCHANTS, a
25 business entity of unknown form,

26              Defendants.

27

28

## ORDER

For good cause shown, and based on the parties' Joint Case Management Statement filed concurrently herewith, the scheduling deadlines are as follows:

| | |
|---|---|
| Close of discovery: | August 31, 2011 |
| Disclosure of experts & reports: | September 30, 2011 |
| Submittal of rebuttal expert reports: | October 31, 2011 |
| Last day for hearing dispositive motions: | December 1, 2011 |
| Pretrial ~~disclosures~~ Statement due: | December 29, 2011 |
| Last day to object to evidence in other party's Pretrial Disclosures: | January 5, 2012 |
| Pretrial Conference: | January 12, 2012 at 10:00 a.m. |
| Trial: | January 23, 2012 at 8:30 a.m. |
| Further Case Management Conference | September 15, 2011 at 10:00 a.m. |
| Case Management Statement Due | September 8, 2011 |

IT IS SO ORDERED.

DATED:     May 9 , 2011

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

ORDER SETTING SCHEDULING
DEADLINES 3:10-CV-05673-RS

71825-00235/1777227.1