LARIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne (Ca Bar No. 073901)
rpayne@lgpatlaw.com
Scott J. Allen (Ca Bar No. 178925)
sallen@lgpatlaw.com
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
Monster Cable Products, Inc.,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONSTER CABLE PRODUCTS, INC., a California corporation,

Plaintiff,

v.

DIVERSIFIED REPACKAGING CORPORATION, a California corporation; U.S. MERCHANTS, a business entity of unknown form,

Defendants.

Case No. 3:10-cv-05673-RS

**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO COMPEL DISCOVERY**

**Date: July 28, 2011**
**Time: 1:30 p.m.**
**Courtroom: 3**
**Judge: Honorable Richard Seeborg**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT at 1:30 p.m. on July 28, 2011 or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Richard Seeborg, located at San Francisco Courthouse, Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA

94102, Plaintiff Monster Cable Products, Inc. will move, and hereby does move for a Protective Order and an Order to Compel Discovery in the above-titled action.

By this motion, Plaintiff seeks a Protective Order and an Order to Compel Discovery. This motion is based upon this Notice of Motion, Motion, the Memorandum of Points and Authorities in Support of this motion; and all pleadings and papers on file in this action, and upon such matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

Dated: June 16, 2011

LARIVIERE, GRUBMAN & PAYNE, LLP

By ______________________

Robert W. Payne
Attorneys for Plaintiff

Monster Cable Products v. Diversified Repackaging Corporation
Notice of Motion and Motion for Protective Order and to Compel Discovery
2

**CERTIFICATE OF SERVICE**

Robert W. Payne, an attorney, hereby certifies that on June 16, 2011, he served the NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND TO COMPEL DISCOVERY on counsel of record for Defendants, Diversified Repackaging Corporation and U.S. Merchants, through the electronic filing system of the United States District Court for the Northern District of California.

/s/ Robert W. Payne
Robert W. Payne
Attorney for Plaintiff