**\*\*E-filed 6/29/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MONSTER CABLE PRODUCTS, INC.,

    Plaintiff,

v.

DIVERSIFIED REPACKAGING CORPORATION, et al.,

    Defendants.

No. C 10-5673 RS

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Northern District Local Rule 72-1, the Court hereby refers plaintiff's motion to for a protective order and motion to compel (Dkt. No. 26) and any further discovery disputes in this action to a randomly assigned Magistrate Judge for resolution. The hearing date noticed for July 28, 2011 is vacated. In resetting the matter for hearing, plaintiff shall comply with the Local Rules and any standing orders or procedures prescribed by the assigned magistrate judge for resolution of discovery matters

IT IS SO ORDERED.

Dated:  6/29/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE