**\*\*E-filed 8/26/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., | No. C 10-5673 RS |
| Plaintiff, | **ORDER RE BRIEFING OF OBJECTION TO RULING ON DISCOVERY MATTER** |
| v. | |
| DIVERSIFIED REPACKAGING CORPORATION, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-2, defendants have filed a motion objecting to an order regarding a discovery matter that was issued by the assigned magistrate judge on August 12, 2011. The docket entry for the motion includes a purported hearing date, and lists deadlines for filing any response and any reply. Under Rule 72-2, however, no response is required, and reply briefs are not permitted, unless specifically ordered by the Court. Accordingly, the dates shown in the docket entry are to be disregarded. Plaintiff shall file any response to the objection no later than September 9, 2011. The matter shall then be taken under submission without further briefing or oral argument.

IT IS SO ORDERED.

Dated: 8/26/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE